

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 6, 2026

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *United States v. Lettire Construction Corp., et al.*, 25 Civ. 483 (AKH)

Dear Judge Hellerstein:

  This Office represents Plaintiff the United States (the "Government") in the above-referenced action pursuant to the Fair Housing Act, 42 U.S.C. § 3601 *et seq*. (the "FHA"). We write on behalf of the parties to respectfully request that the Court adjourn the currently scheduled January 9, 2026, conference to a time that is convenient for the Court on February 6, 2026, or any date thereafter. The reason for this request is that the parties are in the process of negotiating a consent decree that would resolve this case, similar to the two consent decrees in this matter that the Court has already reviewed and approved. The parties believe that it would be in the interest of judicial efficiency to allow the parties additional time to attempt to reach agreement prior to the next pretrial conference. This is the first request for an adjournment of this conference.

  We thank the Court for its consideration of this matter.

          Respectfully,

          JAY CLAYTON
          United States Attorney for the
          Southern District of New York

    By: */s/ Danielle J. Marryshow*
       DANIELLE J. MARRYSHOW
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2689
       danielle.marryshow@usdoj.gov

cc: Counsel of Record (By ECF)

*[Handwritten notation: So ⓇORDERED. 1/6/26 @ 10:00 a.m. 1-6-26 /s/ AKH]*