# KAUFMAN DOLOWICH

### KaufmanDolowich.com

Kaufman Dolowich LLP
245 Main Street, Suite 330
White Plains, NY 10601
Telephone: 914.470.0001
Facsimile: 914.470.0009
www.kaufmandolowich.com

**Melissa C. Cartaya, Esq.**
mcartaya@kaufmandolowich.com

February 4, 2026

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

The status conference scheduled for February 6, 2026 is adjourned to March 20, 2026 at 10:00 a.m.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
2/4/2026

Re:    *United States v. Lettire Construction Corp., et al.*, 25 Civ. 483 (AKH)

Dear Judge Hellerstein:

This Office represents Defendants, Chestnut Commons Housing Development Fund Corp. and Mhany Management, Inc., (hereinafter collectively "Mhany") in the above-referenced action We write on behalf of the parties to respectfully request that the Court adjourn the currently scheduled February 6, 2026, conference to a time that is convenient for the Court on March 20, 2026, or any date thereafter. The reason for this request is that the parties are in the process of negotiating a consent decree that would resolve this case, similar to the two consent decrees in this matter that the Court has already reviewed and approved. The parties believe that it would be in the interest of judicial efficiency to allow the parties additional time to attempt to reach agreement prior to the next pretrial conference. This is the second request for an adjournment of this conference.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Melissa C. Cartaya

cc: Counsel of Record (By ECF)