UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                           :

UNITED STATES OF AMERICA,           :

                           :     **ORDER**

              Plaintiff,      :

                           :     25 Civ. 483 (AKH)

     -against-               :

                           :

LETTIRE CONSTRUCTION CORP. ET AL,   :

                           :

            Defendants.     :

                           :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, this case is dismissed.  If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.

       All pending court dates are cancelled.  The Clerk is directed to terminate any open motions and close the case.

               SO ORDERED.

Dated:       March 27, 2026
             New York, New York                ALVIN K. HELLERSTEIN
                                             United States District Judge